```
 1  KEITH TYRONE FUDGE
    P.O. Box D-73801
 2  Tamal, CA 94974

 3  In Propria Persona
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
AUG 11 1995
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KEITH TYRONE FUDGE,<br><br>　　　　Petitioner,<br><br>ARTHUR CALDERON,<br>Warden of California<br>State Prison at<br>San Quentin,<br><br>　　　　Respondent. | Case No. CV 95-5369 JGD<br><br>DEATH PENALTY CASE<br><br>REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL IN CALIFORNIA DEATH SENTENCE CASE AND FOR STAY OF PROCEDURES RELATED TO THE EXECUTION OF DEATH SENTENCE AND DECLARATION IN SUPPORT THEREOF. |

　　　　Pursuant to Local Rules 26.8.4(a)(iv) and 26.8.7(b), I, KEITH TYRONE FUDGE, request that this Court appoint qualified counsel to represent me in federal habeas corpus proceedings that will be initiated on my behalf to seek relief from the judgment of death imposed against me by the Los Angeles County Superior Court.

　　　　I further request that this Court stay the execution of petitioner's sentence as well as any and all hearings or proceedings leading and related thereto for forty-five days to permit the appointment of counsel, pursuant to local Rule 26.8.7(b). Although the Los Angeles Superior Court has not yet set a date for the hearing to set a date for execution of the judgment of death, there is no legal roadblock to its doing so and therefore I believe such a hearing could be imminent. This request is based on my attached declaration.

Dated: _____

Respectfully submitted,

_/s/ Keith Tyrone Fudge_
KEITH TYRONE FUDGE

AUG 25 1995

REQUEST FOR APPOINTMENT
OF COUNSEL AND FOR STAY

## PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 221 Main Street, 10th Floor, San Francisco, CA 94105.

On August 10, 1995, I served the foregoing documents described as: REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL IN CALIFORNIA DEATH SENTENCE AND FOR STAY OF PROCEDURES FOR THE EXECUTION OF DEATH SENTENCE AND DECLARATION IN SUPPORT THEREOF; DECLARATION IN SUPPORT OF REQUEST BY PRISONER FOR APPOINTMENT OF COUNSEL IN CALIFORNIA DEATH SENTENCE CASE AND FOR STAY OF PROCEDURES; [PROPOSED] TEMPORARY STAY OF EXECUTION AND ALL PROCEDURES RELATED THERETO AND ORDER RE: COUNSEL (LOCAL RULES 26.8(a) (iv) AND 26.8.7 (b)) on the following interested parties by U.S. mail as per attached Service List:

### SEE ATTACHED LIST

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare, under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, except as to those matters based on information and/or belief, and as to those matters, I believe them to be true; and that this Declaration was executed at San Francisco, California on August 10, 1995.

/Lisa Folsom/

| | |
|---|---|
| 1 | Arthur Calderon<br>Warden |
| 2 | San Quentin State Prison<br>San Quentin, CA 94964 |
| 3 | |
| 4 | Roy Preminger<br>District Attorney's Office<br>County of Los Angeles |
| 5 | 300 S. Spring St.<br>Los Angeles, CA 90012 |
| 6 | |
| 7 | Daniel E. Lungren<br>Attorney General of California<br>300 South Spring Street,1 Room 500 |
| 8 | Los Angeles, CA 90013 |
| 9 | Keith Tyrone Fudge<br>P.O. Box D-73801 |
| 10 | San Quentin State Prison<br>San Quentin, CA 94964 |
| 11 | |
| 12 | Clerk of the Superior Court<br>Criminal Courts' Building |
| 13 | 210 West Temple Street<br>Los Angeles, CA 90012<br>For Delivery to: The Honorable Ronald C. Cappai |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

4