1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TYRONE FUDGE, | Case No. 95-5369-RGK |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| RON DAVIS, Warden of California State Prison at San Quentin, | [~~PROPOSED~~] STIPULATED PROTECTIVE ORDER RE RECORDS TO BE PRODUCED BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |
| Respondent. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the Habeas Corpus Resource Center ("HCRC"), counsel for Petitioner, and the California Department of Corrections and Rehabilitation ("CDCR"), a non-party to this action that:

Pursuant to the Subpoena Duces Tecum issued by HCRC dated July 15, 2016 (based on the Court's order of January 20, 2016), CDCR will produce as requested by the petitioner pursuant to any Orders and instructions of the Court, subject to

1

the following restrictions:

1. The only documents and materials to be produced are requested in the Subpoena Duces Tecum dated July 15, 2016 (SDT), and further modified by agreement between counsel for Petitioner and CDCR. The documents produced pursuant to the SDT have been redacted to eliminate reference to names or other identifying information of other inmates and/or third parties, with the exception of the names of any individuals referenced in the subpoena (including "Deputies District Attorney Patrick Dixon and Deborah Kass, or individuals working on their behalf"). No medical or psychological records will be produced at this time.

2. No documents or images produced pursuant to the SDT shall be shown, disclosed, displayed, disseminated or communicated either directly or indirectly to any person or used in any fashion by Petitioner's counsel except as may be directly necessary and utilized by Petitioner's counsel, or experts and/or investigators working on behalf of Petitioner's counsel in the litigation of this action.

3. Any documents produced pursuant to the SDT shall be used by Petitioner's counsel solely in connection with the preparation and litigation of *People of the State of California v. Keith Tyrone Fudge*, Los Angeles County Superior Court Case No. A759252, and any associated appellate proceedings and collateral review (including the instant case, *Fudge v. Davis*, United States District Court for the Central District of California Case No. 95-5369-RGK), as well as retrial, and not for any other purpose, including any other litigation. The records produced pursuant to the SDT shall not be given, loaned, sold, or shown by Petitioner's counsel to any member or associate of the media. The records shall not be publicly exhibited, shown, displayed, or used by Petitioner's counsel in any fashion except in judicial proceedings in the above-entitled action.

///

2

[Proposed] Stipulated Protective Order Re Records to be Produced by the California Department of Corrections and Rehabilitation

Case No. 95-5369-RGK

4. The petitioner in this matter is personally prohibited from reviewing the discovered materials except in the direct presence and under the direct supervision of his counsel, investigator, or expert witness as may be necessary for the purposes of assisting in the pursuit of this case. Under no circumstances shall the petitioner personally be given any of the materials or copies of the materials to retain in his possession, nor shall he be made aware of identifying information of the witnesses contained in the records therein.

5. A copy of this protective order shall accompany any copy made of the materials produced pursuant to the SDT. Parties who have signed this Stipulated Protective Order acknowledge that he/she has read the Order and understands the provisions of the Order and agree in writing to abide by its terms. Each person to whom disclosure is made by Petitioner's counsel, investigator, or expert witness, prior to the time of disclosure, shall be provided a copy of this Protective Order, and shall agree in writing that he/she has read and understands this Protective Order. If the documents to be produced according to aforesaid subpoena need to be filed with any court, federal, state, or otherwise, then all third party identifying information, including witness information, shall be fully redacted with the intent to protect the party's information from becoming public record, and such documents shall be lodged in such court pursuant to a request to file under seal.

6. When a final disposition in the case has been reached, the records and any and all copies shall be retained in counsel's case files in a secured manner and the records produced pursuant to the SDT shall ultimately be returned to CDCR.

7. Any violation of this order shall result in sanctions by this court, including contempt, and may be punishable by state or federal law.

///

///

///

3

[~~Proposed~~] Stipulated Protective Order Re Records to be Produced by the California Department of Corrections and Rehabilitation

Case No. 95-5369-RGK

DATE: August 26, 2016

/s/ Nisha K. Shah
NISHA K. SHAH (State Bar No. 241463)
Attorney for Keith Tyrone Fudge
Habeas Corpus Resource Center

DATE: August 26, 2016

*Jessica Taphorn Thoma*
JESSICA TAPHORN THOMA (State Bar No. 205415)
Attorney for Non-Party
California Department of Corrections and Rehabilitation

**ORDER**

**IT IS SO ORDERED.**

DATED: August 29, 2016

*Gary Klausner*
R. GARY KLAUSNER
United States District Court Judge

---

4

[PROPOSED] Stipulated Protective Order Re Records to be Produced by the California Department of Corrections and Rehabilitation

Case No. 95-5369-RGK