# DEATH PENALTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TYRONE FUDGE,<br><br>Petitioner,<br><br>v.<br><br>RON DAVIS, Warden,<br><br>Respondent.<br><br>LOS ANGELES POLICE DEPARTMENT,<br><br>Real Party In Interest. | Case No. CV 95-5369-RGK<br><br>[PROPOSED] ORDER |

Having considered the Stipulation For Protective Order Between Los Angeles Police Department And Respondent, and good cause appearing, the Protective Order is GRANTED.

Dated: NOV 29 2016

HON. R. GARY KLAUSNER
United States District Judge

LA1995XW0007

1