UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TYRONE FUDGE,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 95-5369 RGK<br><br>**DEATH PENALTY CASE**<br><br>ORDER RE: STIPULATED PROTECTIVE ORDER REGARDING DISTRICT ATTORNEY DOCUMENTS<br><br>[Docket No. 391] |

    On March 21, 2017, Petitioner and the Los Angeles District Attorney's Office filed a Proposed Stipulated Protective Order regarding District Attorney Documents. The Court approves the proposed protective order subject to the additional provisions that: (a) the courtroom need not be closed to the public for any portion of the evidentiary hearing absent an advance request and a finding of good cause by the Court; and (b) any order of the Court addressing material covered by the protective order need not be redacted or filed in part under seal unless the Court has issued a prior order sealing the specific material discussed. The Court emphasizes the provision of the stipulated protective order that good

cause must be shown in the request to file any document under seal.

**IT IS SO ORDERED.**

Dated: March 23, 2017.

*[signature: Gary Klausner]*

R. GARY KLAUSNER
United States District Judge