

CLERK, U.S. DISTRICT COURT
6-22-2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TF___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Keith Tyrone Fudge

Plaintiff(s)

v.

Ron Broomfield

Defendant(s)

CASE NUMBER:
CR
CV 95-05369-FLA

**WRIT OF HABEAS CORPUS**

☐ AD PROSEQUENDUM  ☒ AD TESTIFICANDUM

**WHEREAS** the attached application was granted by the Honorable  Fernando L. Aenlle-Rocha  Judge/Magistrate Judge of the U.S. District Court for the Central District of California, the named custodian: Sutter County Sheriff's Office

**IS HEREBY DIRECTED** to produce and deliver the named detainee, **Austin Billy Willis Jr.** before the Honorable  Fernando L. Aenlle-Rocha  Judge/Magistrate Judge of the United States District Court, United States Courthouse, Courtroom No.  **6B** , located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012  on  **June 27, 2022**  at  **8:30 a.m.** , and thereafter to maintain said detainee within the jurisdiction of this Court pending the satisfaction of this Writ or further Order of the Court.

**WITNESS** the Honorable  Fernando L. Aenlle-Rocha  Judge/Magistrate Judge of the United States District Court for the Central District of California.

Dated: June 22, 2022



CLERK, U.S. DISTRICT COURT

By: _____
Deputy Clerk

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**

G-09A (09/97)