JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TYRONE FUDGE,<br><br>                Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden of California State Prison at San Quentin,<br><br>                Respondent. | Case No. 2:95-cv-05369-FLA<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

Pursuant to the Order Denying Evidentiary Hearing Claims issued simultaneously with this Judgment, IT IS HEREBY ORDERED AND ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus by a Prisoner in State Custody (Dkt. 417, "Petition") is DENIED and Judgment is ENTERED in favor of Respondent Ron Broomfield, Acting Warden of California State Prison at San Quentin, and against Petitioner Keith Tyrone Fudge. The Order constitutes final disposition of the Petition by the court.

IT IS SO ORDERED.

Dated: January 31, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge