UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH TYRONE FUDGE,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN N. RATLIFF, ACTING WARDEN OF CALIFORNIA HEALTH CARE FACILITY,[*]<br><br>　　　　　　　Respondent. | Case No. 2:95-cv-05369-FLA<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING STAY OF EXECUTION PENDING APPEAL** |

　　At the request of petitioner Keith Tyrone Fudge, and pursuant to Local Civil Rule 83-17.6(c), the court stays the execution of petitioner's sentence of death until final disposition by the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit"), unless otherwise ordered by this court or the Ninth Circuit.

　　IT IS SO ORDERED.

Dated: March 3, 2025

　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[*] Kathleen N. Ratliff is substituted for her predecessors as Acting Warden of California Health Care Facility pursuant to Federal Rule of Civil Procedure 25(d).